EUGENE M. TRAVIS, as Comptroller of the State of New York, Respondent, *v.* THE ANN ARBOR COMPANY, Appellant.

*Travis* v. *Ann Arbor Co.*, 180 App. Div. 799, affirmed.

(Argued November 25, 1919; decided December 9, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 10, 1918, in favor of plaintiff upon the submission of a controversy under section 1279 of the Code of Civil Procedure. The question submitted was whether stock transfer taxes accrue upon the cancellation and surrender of a stock certificate standing in the name of an accommodation holder and the making out of a new stock certificate in the place thereof in the name of another accommodation holder, and the indorsement of the new certificate in blank by him, the actual ownership of the stock remaining at all times in the defendant. The Appellate Division held that the transfers having been made at the request of the defendant it must be assumed that the defendant was benefited

thereby and, therefore, a tax should be paid upon each transfer.

*Hugo Kohlmann* and *Hamilton Rogers* for appellant.

*Charles D. Newton, Attorney-General (C. T. Dawes* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, HOGAN, CARDOZO, POUND, McLAUGHLIN and ELKUS, JJ.